UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ZOYA GRIGORIEVNA SIDORENKO,                  :
                                             :
                Plaintiff,                   :        **ECF CASE**
                                             :
        v.                                   :
                                             :        08 Civ. 3290 (DLC)
ANDREA QUARANTILLO, et al.,                  :
                                             :
                Defendants.                  :        NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:     Clerk of Court
        United States District Court
        Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
        June 3, 2008

                                                Respectfully submitted,

                                                MICHAEL J. GARCIA
                                                United States Attorney for the
                                                Southern District of New York

                                        By:    /s/_____
                                                F. JAMES LOPREST, JR.
                                                Special Assistant United States Attorney
                                                86 Chambers Street, 3rd Floor
                                                New York, New York 10007
                                                Telephone: (212) 637-2728
                                                Facsimile: (212) 637-2786
                                                Email: james.loprest@usdoj.gov

TO:     Jacqueline I. Meyer, Esq.
        Hodgson Russ, LLP
        1540 Broadway, 24th Floor
        New York, NY 10036