**ORIGINAL**

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ZOYA GRIGORIEVNA SIDORENKO,

                  Plaintiff,

                  - v. -

ANDREA J. QUARANTILLO, et al.,

                  Defendants.
------------------------------------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

08 Civ. 3290 (DLC)

      IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed as moot, without costs or attorney's fees to either party.

Dated:   New York, New York
         May 30, 2008

HODGSON RUSS, LLP
Attorneys for Plaintiff

By: _____
JACQUELINE IRIS MEYER, ESQ.
1540 Broadway, 24th Floor
New York, NY 10036
Tel. No.: (212) 751-4300

Dated:   New York, New York
         May 3, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
Tel. No.: (212) 637-2728
james.loprest@usdoj.gov

The Clerk of Court shall close the case.

SO ORDERED: _____
HONORABLE DENISE COTE
UNITED STATES DISTRICT JUDGE

June 19, 2008

A96 588 715